**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  MARY STRUTZENBERG                         Case Number: 06-72363
        1215 SAMUEL COURT
        NAPERVILLE, IL  60540                     SSN-xxx-xx-9007

                                                  Case filed on:    12/14/2006
                                                  Plan Confirmed on:  3/5/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $19,530.46        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTY BERNARD NATALE | 2,500.00 | 2,500.00 | 1,250.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,250.00 | 0.00 |
| 999 | MARY STRUTZENBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 22,314.25 | 22,244.00 | 10,583.44 | 4,128.91 |
| 024 | JUNE TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 22,314.25 | 22,244.00 | 10,583.44 | 4,128.91 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 70.25 | 0.00 | 0.00 |
| 002 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN GENERAL FINANCE | 19,635.15 | 19,635.15 | 1,882.46 | 0.00 |
| 004 | B-LINE LLC | 491.43 | 491.43 | 47.12 | 0.00 |
| 005 | CAPITAL ONE | 468.02 | 468.02 | 44.87 | 0.00 |
| 006 | CAPITAL ONE | 502.21 | 502.21 | 48.15 | 0.00 |
| 007 | CBUUSASEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITY OF BYRON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 654.55 | 654.55 | 62.76 | 0.00 |
| 011 | DR. CHRISHAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | EXCEL WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PREMIER BANKCARD/CHARTER | 372.33 | 372.33 | 35.70 | 0.00 |
| 014 | PREMIER BANKCARD/CHARTER | 390.91 | 390.91 | 37.48 | 0.00 |
| 015 | HAUL-O-WAY TOWING SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | IC SYSTEM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MABRY & MABRY, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS BANKRUPTCY SERVICE | 403.22 | 403.22 | 38.66 | 0.00 |
| 020 | NEDRA K. JUNKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ORVILLE QUANTE SEPTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | WFFNB - LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | WILLIAMS & MCCARTHY | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | LAURA HELFRICH | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LAUREN HOYTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | LIND STRUTZENBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 625.38 | 625.38 | 59.95 | 0.00 |
|  | Total Unsecured | 23,543.20 | 23,613.45 | 2,257.15 | 0.00 |
|  | Grand Total: | 48,357.45 | 48,357.45 | 14,090.59 | 4,128.91 |

Total Paid Claimant:    $18,219.50
Trustee Allowance:      $1,310.96        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     9.56         discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 10/30/2008        By  /s/Heather M. Fagan